IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 15-6004-01-17-CR-SJ-DGK |
| | ) | |
| JASON KIRTLEY, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Pending before the Court is the motion (Doc. No. 171) of defendant Jason Lee Kirtley for his return to state custody for purposes of participating in a drug treatment program and being considered for early release from state custody. Defendant Kirtley has waived his rights under the Agreement on Detainers to remain in federal custody while this case is pending. The government has no objection to defendant Kirtley's return to state custody. For good cause appearing, it is

ORDERED that the motion (Doc. No. 171) of defendant Jason Lee Kirtley for his return to state custody for purposes of participating in a drug treatment program and being considered for early release from state custody is GRANTED. The United States Marshal shall return defendant Jason Lee Kirtley to the custody of the State of Missouri pending further proceedings in this case. When it shall be necessary to secure the presence of defendant Kirtley in this Court

it shall be the responsibility of counsel for the government to issue the appropriate writ of habeas corpus ad prosequendum.

                                            ***/s/ JOHN T. MAUGHMER***
                                            John T. Maughmer
                                           United States Magistrate Judge