Dear Honorable Judge Maughtmer, Judge Kays,

I am writing this letter because im asking to have my current attorney Nichole Forsythe removed as my attorney for the following reasons, we have no chance at coming to any kind of agrement on my case she feels that I am out of line for wanting to see my discovery I have been locked up on this case for over two years and have not been abel to see the evidince that is against me on this case at wich im being charged with. I have seen my lawyer a total of four times and the last time was barely for five minutes. She has this idea of finaly letting me see my discovery 30 days before I go to trial and then to try and build a defense then . Your Honor im begging the court to please help me in this dillemia that im in with my legal repensentation. My court is set for trial on June 19,2017 and I have yet to see any of my discovery this is not normal in any case and we are speaking of my life it is a serious serious deal to me and my family I am asking the court to see the seriousnes of this dilliema and let Ms. Forsythe off of my case I have also asked her to also send a request to be let off my case because of the indeference of ares on my case we dont get along and dont see eye to eye and this isnt in my best intrest to keep her on as my attorney. Thank you your Honor for helping me with this issue at hand.

Thank You Sincerly,

Jason Kistley